**Extracting Case Data ...**
Processing *case* table ...
Processing *document* table ...
Processing *party* table ...
Processing *attorney* table ...
Processing *answer* table ...
Processing *js56* table ...
Processing *motion* table ...
Processing *schedule* table ...
Processing *filer* table ...
Processing *applicable_party* table ...
Processing *dkttext* table ...
Processing *dktpart* table ...
Processing *dktentry* table ...
Processing *schd_person* table ...
Processing *person* table ...

Generating public docket sheet.
Generating non-public docket sheet.
Sending e-mail to InterdistrictTransfer_OHND@ohnd.uscourts.gov

**... Extraction Completed**