Reply all |	Delete	Junk |

# Transferred case has been opened

O  **ohndecf@ohnd.uscourts.gov**	Reply all |
Today, 12:57 PM
**LAMDml_InterdistrictTransfer**

CASE: 3:19-cv-00388

DETAILS: Case transferred from Louisiana Middle has been opened in Northern District of Ohio as case 1:19-op-45627, filed 07/18/2019.

Getting too much email from ohndecf@ohnd.uscourts.gov? You can unsubscribe